UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER V. SHOOTES,

    Plaintiff,

v.                                          Case No. 3:23-cv-841-TJC-PDB

STATE OF FLORIDA, STATE OF
OHIO, VESTA PROPERTIES,
MICHAEL NAUGHTON P.A.,
HOME DNA TEST KIT, LLC,
RAMADA INN OF FLORIDA, INC.,
and AVIS RENTAL CAR SYSTEM,

    Defendants.

## O R D E R

This case is before the Court on the Report and Recommendation by the assigned United States Magistrate Judge (Doc. 6). No party has filed an objection, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 6), it is hereby

**ORDERED:**

    1.    The Report and Recommendation of the Magistrate Judge (Doc. 6) is **ADOPTED** as the opinion of the Court.

    2.    The case is **DISMISSED WITHOUT PREJUDICE**.

3. The clerk is **DIRECTED** to terminate the pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, the 17th day of October, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

vng
Copies to:

The Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of record

2